UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AZORIA CAPITAL, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**JEROME H. POWELL**, in his official capacity as Chair of the Board of Governors of the Federal Reserve System and Chair of the Federal Open Market Committee; **JOHN C. WILLIAMS**, in his official capacity as President of the Federal Reserve Bank of New York and Vice Chair of the Federal Open Market Committee; **MICHAEL S. BARR, MICHELLE W. BOWMAN, SUSAN M. COLLINS, LISA D. COOK, AUSTAN D. GOOLSBEE, PHILIP N. JEFFERSON, ADRIANA D. KUGLER, ALBERTO G. MUSALEM, JEFFREY R. SCHMID,** and **CHRISTOPHER J. WALLER**, each in their official capacities as Members of the Federal Open Market Committee; and the **FEDERAL OPEN MARKET COMMITTEE**,<br><br>*Defendants*. | Civil Action No. _____ |

**[PROPOSED] ORDER**
**GRANTING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On this day came on to be heard Plaintiff's Application for Temporary Restraining Order. Upon due consideration, the Court is of the opinion that said Application has merit. It is therefore ORDERED that said application should be and hereby is GRANTED.

It is FURTHER ORDERED that Defendants are temporarily enjoined for a period of _____ days from:

1. conducting any meeting that is closed to the public, including the meeting scheduled for July 29-30, 2025; and,

      2.      enforcing, administering, complying with, or relying upon 12 C.F.R. § 281.1.

SIGNED this _____ day of July, 2025.

                                                 _____
                                               UNITED STATES DISTRICT JUDGE