UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AZORIA CAPITAL, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**JEROME H. POWELL, in his official capacity as Chair of the Board of Governors of the Federal Reserve System and Chair of the Federal Open Market Committee; JOHN C. WILLIAMS, in his official capacity as President of the Federal Reserve Bank of New York and Vice Chair of the Federal Open Market Committee; MICHAEL S. BARR, MICHELLE W. BOWMAN, SUSAN M. COLLINS, LISA D. COOK, AUSTAN D. GOOLSBEE, PHILIP N. JEFFERSON, ADRIANA D. KUGLER, ALBERTO G. MUSALEM, JEFFREY R. SCHMID, and CHRISTOPHER J. WALLER, each in their official capacities as Members of the Federal Open Market Committee; and the FEDERAL OPEN MARKET COMMITTEE,**<br><br>*Defendants*. | Case No. 1:25-cv-02388 |

### CERTIFICATE REQUIRED BY LCvR 65.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to Local Rule 65.1, the undersigned counsel of record for Azoria Capital, Inc., certify that, as of this filing, they have made the following efforts to notify Defendants about this proceeding and request for Temporary Restraining Order:

(1) At 7:54 AM Eastern Time on July 24, 2025, undersigned counsel emailed Brett Shumate, Assistant Attorney General—Civil Division, Department of Justice (brett.a.shumate@usdoj.gov) to provide him with a copy of Plaintiff's Verified Original Complaint and advise him that Plaintiff would be seeking a Temporary Restraining Order.

As of this filing, undersigned counsel have not heard back from Assistant Attorney General Shumate.

(2) At 1:15 PM Eastern Time on July 24, 2025, undersigned counsel emailed David Brown, Counsel at the Department of Justice (david.brown2@usdoj.gov) to provide him with a copy of Plaintiff's Verified Original Complaint and advise him that Plaintiff would be seeking a Temporary Restraining Order. Mr. Brown indicated that Plaintiff could contact Mark VanDerWeide, General Counsel, Board of Governors for the Federal Reserve system (mark.vanderweide@frb.gov).

(3) At 1:33 PM Eastern Time on July 24, 2025, undersigned counsel emailed Mark VanDerWeide, General Counsel, Board of Governors for the Federal Reserve system (mark.vanderweide@frb.gov) to provide him with a copy of Plaintiff's Verified Original Complaint and advise him that Plaintiff would be seeking a Temporary Restraining Order. As of this filing, undersigned counsel have not heard back from Mr. VanDerWeide.

(4) Filemarked copies of Plaintiff's Corrected Verified Original Complaint and Application for Temporary Restraining Order will be delivered to Messrs. Shumate and VanDerWeide at the email addresses above—and will also be emailed to USADC.ServiceCivil@usdoj.gov—promptly after this Application for Temporary Restraining Order is filed with the Court. Should Plaintiff file any other papers that it intends to present to the Court at a hearing on the Application for Temporary Restraining Order, it will promptly provide such papers to Messrs. Shumate and VanDerWeide via the email addresses listed above, absent direction otherwise from Messrs. Shumate and/or VanDerWeide.

(5) Copies of each Summons—along with the Verified Original Complaint and Application for Temporary Restraining Order (including all attachments thereto)—will be served pursuant to Federal Rule of Civil Procedure 4(i) as soon as possible after receiving summonses from the Clerk of Court. As a component of service under Rule 4(i), Plaintiff will provide copies of the summonses to Copies of the summonses to USADC.ServiceCivil@usdoj.gov as possible after receiving summonses from the Clerk of Court.

(6) Plaintiff's Founder and CEO has mentioned this lawsuit publicly, including in a television interview on Mornings With Maria Bartiromo on July 24, 2024. The undersigned will promptly respond to any contact from counsel for Defendants with copies of all relevant papers and pleadings.

Respectfully submitted,

Date: July 24, 2025

*/s/ Steve Roberts*
Steve Roberts
District of Columbia Bar No. 989338
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez
District of Columbia Bar No. 1657600
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
Telephone: (512) 354-1785
steve@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

**ATTORNEYS FOR PLAINTIFF**

* Motion for admission *pro hac vice* forthcoming