UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AZORIA CAPITAL, INC.** : <br> : <br> *Plaintiff*, : <br> v. : <br> **JEROME H. POWELL,** *et al.*, : <br> : <br> *Defendants*. : <br> : | Case No. 1:25-cv-02388 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE FOR
PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Local Rule 65.1 of the United States District Court for the District of Columbia and Federal Rule of Civil Procedure 5(d)(1), the undersigned counsel for Plaintiff Azoria Capital, Inc. certifies that the following additional efforts have been made to serve all necessary parties with its Application for Temporary Restraining Order (the "TRO Motion") (Dkt. 6, filed July 24, 2025) and supporting documents (Dkt. 6-1, 6-2, 6-3):

(1) On July 24, 2025, the TRO motion (Dkt. 6), Memorandum of Law (Dkt. 6-1), Proposed Order (Dkt. 6-2), and Certificate of Service (Dkt. 6-3) were emailed to Brett Shumate (brett.a.shumate@usdoj.gov), David Brown (david.brown2@usdoj.gov), Mark Van Der Weide (mark.vanderweide@frb.gov), and USADC.ServiceCivil@usdoj.gov, as detailed in the original Certificate of Service (Dkt. 6-3).

(2) On July 26, 2025, at 5:39 PM EDT, USADC.ServiceCivil@usdoj.gov sent Plaintiff's counsel an email stating that service of the TRO motion under Federal Rule of Civil Procedure 5 also required adhering to the U.S. Attorney's Office's consent-to-email-service requirements and directed to the website for proper procedures (https://www.justice.gov/usao-dc/civil-division).

(3) On July 27, 2025, at 4:16 PM EDT, Plaintiff's counsel sent an email to Brian P. Hudak, Civil Chief of the U.S. Attorney's Office for the District of Columbia, via the email link provided on the aforementioned website, requesting consent to serve the TRO motion and supporting documents (Dkt. 6, 6-1, 6-2, 6-3) via email under Federal Rule of Civil Procedure 5(b)(2)(E). The email included the case caption, docket number, and attached the documents.

Date: July 27, 2025                                    Respectfully Submitted,

/s/ Steve Roberts
Steve Roberts
District of Columbia Bar No. 989338
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez
District of Columbia Bar No. 1657600
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
Telephone: (512) 354-1785
steve@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

**ATTORNEYS FOR PLAINTIFF**

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel for Defendants via the Court's CM/ECF system:

joshua.p.chadwick@frb.gov
katherine.pomeroy@frb.gov
yonatan.gelblum@frb.gov

*/s/ Steve Roberts*
Steve Roberts