AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia
was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 24, 2025, I caused to be served copies of the Summons and Complaint for each defendant in the above-captioned case on the United States Attorney for the District of Columbia via email to USADC.ServiceCivil@usdoj.gov. The U.S. Attorney's Office confirmed acceptance of service with a service date of July 24, 2025. See Exhibit A.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Anna Mackin |
| **Subject:** | RE: Azoria Capital, Inc. v. Powell, et al. 1:25-cv-02388-BAH |
| **Date:** | Saturday, July 26, 2025 5:44:05 PM |
| **Attachments:** | image001.png |

Service of the summons and complaint in this action on the US Attorney's Office under Rule 4 has been received and accepted with a service date of July 24, 2025.

That said, service of your motion for a temporary restraining order under Rule 5 was insufficient under our office's consent to email service of such papers. We direct you to our office's website for the requirements for serving such papers on our office: https://www.justice.gov/usao-dc/civil-division.

**From:** Anna Mackin <amackin@lexpolitica.com>
**Sent:** Thursday, July 24, 2025 7:28 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Jesse Vazquez <JVazquez@lexpolitica.com>; Blyss Rees <brees@lexpolitica.com>; Steve Roberts <steve@lexpolitica.com>
**Subject:** [EXTERNAL] Azoria Capital, Inc. v. Powell, et al. 1:25-cv-02388-BAH

Good Evening,

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A)(i), I am attaching a copy of summons issued to each Defendant in the above-captioned cause.

Pursuant to your Office's guidance on Service of Process for Civil Actions, I have also notified Mr. Brett Shumate of the request for temporary restraining order, which has been set for hearing on Monday.

Should anyone from your Office wish to discuss this matter with Plaintiff's counsel, please contact me at this email address.

Respectfully,
Anna Mackin



### Anna Mackin
Senior Counsel

210.854.3556 | amackin@lexpolitica.com

#129 7415 SW Pkwy, Bldg 6, Ste 500, Austin, TX 78735

www.LexPolitica.com | LinkedIn | @Lex_Politica