AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-02388

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Attorney General

was received by me on *(date)*   07/24/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On July 31, 2025, I caused to be served a copy of the Summons and Complaint in the
above-captioned case on the United States Attorney General by directing a member of my
staff to deposit in the United States Mail a service packet, to the U.S. Attorney General, U.S.
Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/20/2025

_____
Jesse Vazquez
*Server's signature*

_____
Jesse Vazquez, Senior Counsel, Lex politica
*Printed name and title*

_____
#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
 Delivery was confirmed on August 7, 2025, via USPS Tracking Number 9589071052701790489348, a true and
correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND ALONG THE EAST COAST OF TH…

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    Remove ✕

## 9589071052701790489348

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:55 am on August 7, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 7, 2025, 4:55 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

