AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jerome Powell
was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Jerome H. Powell, Chair of the Board of Governors of the Federal Reserve System and Chair of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 7, 2025, via USPS Tracking Number 9589071052701790489560, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701790489560

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 10:13 am on August 7, 2025 in WASHINGTON, DC 20551.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20551
August 7, 2025, 10:13 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

Track Another Package



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael S. Barr
was received by me on *(date)* 07/24/2025.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Michael S. Barr, Vice Chair for Supervision, Federal Reserve Board, Member of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 7, 2025, via USPS Tracking Number 9589071052701790489577, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 9589071052701790489577

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 10:13 am on August 7, 2025 in WASHINGTON, DC 20551.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
### Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20551
August 7, 2025, 10:13 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Feedback



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michelle W. Bowman
was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Michelle W. Bowman, Governor, Federal Reserve Board, Member of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 14, 2025, via USPS Tracking Number 9589071052701790489539, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701790489539

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:49 am on August 14, 2025 in WASHINGTON, DC 20551.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20551
August 14, 2025, 9:49 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

Track Another Package



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey R. Schmid
was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Jeffrey R. Schmid, President of the Federal Reserve Bank of Kansas City, Member of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 11, 2025, via USPS Tracking Number 9589071052701790489553, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 9589071052701790489553

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:34 am on August 11, 2025 in WASHINGTON, DC 20551.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20551
August 11, 2025, 9:34 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package



Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher J. Waller

was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Christopher J. Waller, Governor, Federal Reserve Board, Member of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 11, 2025, via USPS Tracking Number 9589071052701790489515, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 9589071052701790489515

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:34 am on August 11, 2025 in WASHINGTON, DC 20551.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20551
August 11, 2025, 9:34 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

Track Another Package



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02388

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Adriana D. Kugler
was received by me on *(date)* 07/24/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 31, 2025, I caused to be served copies of the Summons and Complaint on Adriana D. Kugler, Governor, Federal Reserve Board, Member of the FOMC, by directing a member of my staff to deposit in the United States Mail a service packet, postage prepaid, addressed to 20 Constitution Ave NW, Washington, DC 20004.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2025

Jesse Vazquez
*Server's signature*

Jesse Vazquez, Senior Counsel, Lex Politica
*Printed name and title*

#129 7415 SW Pkwy,
Bldg 6, Ste 500,
Austin, TX 78735
*Server's address*

Additional information regarding attempted service, etc:
Delivery was confirmed on August 11, 2025, via USPS Tracking Number 9589071052701790489492, a true and correct screenshot of which is attached hereto.

ALERT: HURRICANE ERIN IN THE CARIBBEAN REGION AND THE CAROLINAS IN THE U.S. MA…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701790489492

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:34 am on August 11, 2025 in WASHINGTON, DC 20551.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20551
August 11, 2025, 9:34 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

See Less ⌃

Track Another Package

