IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZORIA CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-02388-BAH |
| JEROME H. POWELL, *in his official capacity as Chair of the Board of Governors of the Federal Reserve System and Chair of the Federal Open Market Committee, et al.*, | ) |
| Defendants. | ) |

**MOTION TO DISMISS**

Defendants hereby move to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their motion, Defendants respectfully refer the Court to their accompanying Memorandum of Points and Authorities.

Dated: August 25, 2025

/s/ *Joshua P. Chadwick*
Joshua P. Chadwick
Yonatan Gelblum
Katherine Pomeroy
Federal Open Market Committee
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
(202) 263-4835
joshua.p.chadwick@frb.gov

*Counsel for Defendants*