UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AZORIA CAPITAL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEROME H. POWELL, *in his official capacity as Chair of the Board of Governors of the Federal Reserve System and Chair of the Federal Open Market Committee, et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-02388-BAH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss filed August 25, 2025, and based upon the entire record of these proceedings, it is this __ day of _____, 2025, hereby

ORDERED that Defendant's Motion to Dismiss is **GRANTED**. The above-captioned case is hereby DISMISSED with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Beryl A. Howell

Copies to:

Joshua P. Chadwick
Yonatan Gelblum
Katherine Pomeroy
Federal Open Market Committee
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551

Anne M. Mackin
LEX POLITICA PLLC
PO Box 341016
78734
Austin, TX 78734

Jesse Vazquez
LEX POLITICA
#129 7415 SW Parkway Building 6
Suite 500
Austin, TX 78735

Stephen P. Roberts
LEX POLITICA PLLC
853 New Jersey Ave., SE
Suite 200-231
Washington, DC 20003