IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AZORIA CAPITAL, INC.** | : | |
| | : | |
| *Plaintiff,* | : | Case No. 1:25-cv-02388 |
| v. | : | |
| **JEROME H. POWELL,** *et al.*, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Azoria Capital, Inc., ("Azoria") respectfully gives notice that it voluntarily dismisses this action without prejudice against all Defendants. Dismissal under Rule 41(a)(1)(A)(i) is appropriate because no Defendant has filed an answer or motion for summary judgment.[1]

Azoria initiated this action under the Government in the Sunshine Act, 5 U.S.C. § 552b, to challenge the secrecy surrounding meetings of the Federal Open Market Committee ("FOMC"). At the time of filing, Defendants had not disclosed that the FOMC would conduct its upcoming meeting "jointly" with the Board of Governors of the Federal Reserve—undisputedly a covered agency under 5 U.S.C. § 552b. This revelation—undisclosed to the public given the Board's failure to provide notice of any such meeting—directly informs the legal theories (and expands the potential claims) available to Plaintiff regarding the application of the Sunshine Act to FOMC business now and into the future.

---

[1] *See, e.g., Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 45, n.7 (D.D.C. 2010) (collecting cases); *Wade v. Kerner*, No. 21-CV-2396 (GMH), 2022 WL 782414, at *2 (D.D.C. Mar. 15, 2022) ("the filing of a motion to dismiss for failure to state a claim does not affect a plaintiff's right to voluntarily dismiss his case.") (citation omitted) (collecting cases).

Accordingly, Azoria is dismissing for the sole purpose of allowing time for further investigation, legal analysis, and evaluation of the Board's and the FOMC's ongoing tactics for conducting business out of public view. This will enable Azoria to determine the right legal approach to a future lawsuit and/or advance appropriate legislative reform to increase transparency and accountability within the Federal Reserve System.

Plaintiff has not previously filed or dismissed any federal or state action based on or including the same claims or Defendants. This dismissal is submitted in good faith, not for purposes of delay, harassment, or to avoid adverse rulings, but in the interest of judicial economy and so that justice may be done.

Respectfully submitted,

Date: September 8, 2025

*/s/ Steve Roberts*
Steve Roberts
District of Columbia Bar No. 989338
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez
District of Columbia Bar No. 1657600
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
Telephone: (512) 354-1785
steve@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

**ATTORNEYS FOR PLAINTIFF**

*Admitted *pro hac vice*